UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHAEL D. POE, RICKY R. HUGGINS, PATRICK SCHEXNIDER and all others similarly situated (individually and on behalf of United Association of Journeyman and Apprentices of the Plumbing and Pipefitting Industry of the United States of America AFL-CIO Local 198 Health and Welfare Fund) | CIVIL ACTION<br><br>NO. 18-667-BAJ-RLB |

vs.

UNITED ASSOCIATION OF JOURNEYMAN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES OF AMERICA AFL-CIO LOCAL 198 HEALTH AND WELFARE FUND BOARD OF TRUSTEES, ET AL.

---

**UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT, APPROVAL OF CLASS FOR SETTLEMENT PURPOSES AND APPROVAL OF CLASS NOTICES**

---

Undersigned counsel, on behalf of the putative class, hereby moves for an order preliminarily approving the parties' Class Action Settlement Agreement, approving the Class for settlement purposes only, and approving the proposed Class Notices. A copy of the Settlement Agreement and proposed Class Notice is attached hereto. Defendants, the United Association of Journeyman and Apprentices of the Plumbing and Pipefitting Industry of the United States of America AFL-CIO Local 198 ("Local 198") Health and Welfare Fund ("Fund" or "Plan") and the Local 198 Health and Welfare Fund Board of Trustees (collectively, "Local 198 Defendants") do not oppose the ultimate relief sought in this motion but do dispute many of the averments and contentions found in Plaintiffs' moving papers and exhibits.

For the reasons articulated in the accompanying Memorandum in Support, the undersigned request that the Court issue an order:

- Certifying the Settlement Class for purposes of settlement;

- Preliminarily approving the Settlement pursuant to Fed. R. Civ. P. 23(e)(1);

- Authorizing that notice of the pending Settlement be sent to the Settlement Class Members within fourteen (14) days of entry of the Preliminary Approval Order;

- Approving the Notice Form attached hereto as exhibits;

- Setting a date for a Fairness Hearing, to be held at least one hundred twenty (120) days after the date class-wide notice is sent (or as soon thereafter as the Court is available);

- Setting a deadline for Settlement Class Members to serve objections, to be set forty-five (45) after the mailing of Class Notice days before the Fairness Hearing;

- Setting a deadline for Class Counsel to file a Motion for Final Approval, an Application for Attorney's Fees and Expenses, and a Case Contribution Application, to be set thirty (30) days before the Fairness Hearing; and

- Issuing such other and appropriate orders as may be necessary to effectuate the parties' Settlement Agreement and the provisions of Fed. R. Civ. P. 23(e).

This Motion is premised on the attached Memorandum in Support, all exhibits attached thereto, any argument and evidence presented at hearing on this Motion, as well as the entire court file in this action.

**Respectfully Submitted**,

**SUDDUTH & ASSOCIATES, LLC**
1109 Pithon St.
Lake Charles, Louisiana 70605
Tel: (337) 480-0101
Fax: (337) 419-0507

BY: */s/ James E. Sudduth, III*
**JAMES E. SUDDUTH, III, #35340**
**KOURTNEY L. KECH, #37745**
**PIERCE A. RAPIN, #38579**
*Counsel for Plaintiffs and The Class*