UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHAEL D. POE, RICKY R. HUGGINS, PATRICK SCHEXNIDER and all others similarly situated (individually and on behalf of United Association of Journeyman and Apprentices of the Plumbing and Pipefitting Industry of the United States of America AFL-CIO Local 198 Health and Welfare Fund) | CIVIL ACTION<br><br>NO. 18-667-BAJ-RLB |
| vs. | |
| UNITED ASSOCIATION OF JOURNEYMAN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES OF AMERICA AFL-CIO LOCAL 198 HEALTH AND WELFARE FUND BOARD OF TRUSTEES, ET AL. | |

## UNOPPOSED MOTION FOR FINAL APPROVAL OF ATTORNEY'S FEES, COSTS, AND FOR CASE CONTRIBUTION AWARD

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs and Class Representatives, Michael D. Poe, Ricky R. Huggins, and Patrick Schexnider (hereinafter "Plaintiffs"), on behalf of themselves and the preliminarily certified Settlement Class, who respectfully request that the Court approve an award of attorneys' fees and expenses in the amount of thirty-three and one-third percent of the $290,000.00 gross settlement amount, reimbursement of Class Counsel's litigation and mediation related costs of $656.85, as well as approval of a service award in favor of the main class representative, Michael D. Poe, in the amount of thirty eight thousand dollars ($38,000), all for the reasons set forth in the accompanying Memorandum.

**WHEREFORE**, Plaintiffs pray that the Court approve an award of attorneys' fees and expenses in the amount of thirty-three and one-third percent of the $290,000.00 gross settlement

amount, reimbursement of Class Counsel's litigation-related costs of $656.85, as well as approval of a service award in favor of the main Class Representative, Michael D. Poe, in the amount of thirty eight thousand dollars ($38,000.00).

        Respectfully Submitted,

        **SUDDUTH & ASSOCIATES, LLC**
        Attorneys-at-Law
        1109 Pithon Street
        Lake Charles, Louisiana 70601
        Tel: (337) 480-0101
        Fax: (337) 419-0507
        Email: *james@saa.legal*

**BY:** */s/ James E. Sudduth, III*
        **JAMES E. SUDDUTH, III, #35340**
        **KOURTNEY L. KECH, #37745**
        **PIERCE A. RAPIN, #38579**
        *Counsel for Plaintiffs and.*
        *all others similarly situated*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of August, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel. I further certify that I have mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants. Pursuant to Rule 23(h)(1), this document and all exhibits/attachments will be mailed to all Class Members no later than August 30, 2021.

        */s/ James E. Sudduth, III*